IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **WSOU INVESTMENTS LLC,** *Plaintiff,* | § § § § § § § § § § | **6-20-CV-01014-ADA** |
| *v.* | | |
| **TP-LINK TECHNOLOGY CO., LTD.,** *Defendant.* | | |

**ORDER**

IT IS HEREBY ORDERED that the above entitled and numbered case it set for **MOTION HEARING BY ZOOM** on **WEDNESDAY, JUNE 2, 2021 AT 2:30 PM.** An email will be sent with the Zoom link.

**SIGNED this 27th day of May, 2021.**



**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**