# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-01014-ADA |
| | § | |
| TP-LINK TECHNOLOGY CO., LTD. | § | |

## ORDER SETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MARKMAN HEARING by Zoom on December 29, 2021  at  01:30 PM.


IT IS SO ORDERED this 3rd day of December, 2021.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE